UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE ANTONIO BALDWIN, | : | |
| | : | |
| Petitioner | : | CIVIL NO. 1:CV-15-2399 |
| vs. | : | |
| | : | (Judge Caldwell) |
| WARDEN C. MAIDRANA, *et al.*, | : | |
| | : | |
| Respondents | : | |

*O R D E R*

And now, this 26th day of January, 2017, based on the accompanying memorandum, it is ordered that:

    1. The petition and supplement (ECF Nos. 1 and 14) shall be transferred to the United States Court of Appeals for the Sixth Circuit in accordance with 28 U.S.C. § 1631.

    2. Petitioner's motion for appointment of counsel (ECF No. 3) is dismissed as moot.

    3. The Clerk of Court shall close this file.

                                        /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge